# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DELORES SPEARS, on behalf of MICHAEL DANIELS, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) 1:11-cv-01405-TWP-MJD ) |
| SUPERINTENDENT KEITH BUTTS, | ) ) ) |
| Respondent. | ) |

**Entry Directing Further Proceedings**

Delores Spears brings this action pursuant to 28 U.S.C. § 2254(a) to secure the release of Michael Daniels from state federal custody.

Under 28 U.S.C. § 2242, an "application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf. In *Whitmore v. Arkansas,* 495 U.S. 149, 165 (1990), the Supreme Court held that "one necessary condition for 'next friend' standing in federal court is a showing by the proposed 'next friend' that the real party in interest is unable to litigate his own cause due to mental incapacity." In addition, "the 'next friend' must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate, and it has been further suggested that a 'next friend' must have some significant relationship with the real party in interest." *Id.,* at 163.

"[N]ext friend" standing "is by no means granted automatically to whomever seeks to pursue an action on behalf of another." *Id.* Delores Spears shall have **through November 22, 2011,** in which to **supplement** the petition for writ of habeas corpus by

demonstrating the circumstances she believes are present to satisfy the foregoing requirements pertaining to her effort to secure the release of Michael Daniels through a writ of habeas corpus.

**IT IS SO ORDERED.**

Date: 11/02/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Delores Henderson Spears
2040 Ashbury Lane #2
Schererville, IN  46375